UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>STEBBINS, et al.,<br><br>Defendants. | 1:17-cv-00789-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 7.)<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS UNDER 28 U.S.C. § 1915(g)<br><br>ORDER VACATING ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PAYMENT OF INMATE FILING FEE BY CDCR<br>(Doc. 4.)<br><br>ORDER REQUIRING PLAINTIFF TO PAY THE $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK TO SERVE THIS ORDER ON THE DIRECTOR OF THE CDCR AND THE COURT'S FINANCIAL DEPARTMENT |

Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2018, findings and recommendations were entered, recommending that Plaintiff's *in forma pauperis* status be revoked under 28 U.S.C. § 1915(g), and that Plaintiff be

1

required to submit the $400.00 filing fee in full within thirty days. (Doc. No.7.) On May 31, 2018, Plaintiff filed objections to the findings and recommendations. (Doc. No. 10.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered by the Magistrate Judge on April 30, 2018, are ADOPTED IN FULL; and
2. Plaintiff's *in forma pauperis* status is REVOKED, pursuant to 28 U.S.C. § 1915(g);
3. The court's order granting Plaintiff's application to proceed *in forma pauperis* and directing payment of the filing fee by the CDCR, issued on June 12, 2017, is VACATED;
4. Within thirty days of the date of service of this order, Plaintiff is required to pay the $400.00 filing fee in full for this action;[1]
5. The Clerk is DIRECTED to serve a copy of this order on the Director of the CDCR and the Court's Financial Department; and
6. Plaintiff's failure to comply with this order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated: July 10, 2018

SENIOR DISTRICT JUDGE

---

[1] To date, the court has not received any payment for Plaintiff's filing fee in this case. (Court Financial Records.) The filing fee for this action is $350.00 plus a $50.00 administrative fee. 28 U.S.C. § 1914. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. Id. Therefore, Plaintiff now owes a $400.00 filing fee.