UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>  Plaintiff,<br><br>vs.<br><br>STEBBINS, et al.,<br><br>  Defendants. | 1:17-cv-00789-AWI-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDER**<br>**(ECF No. 11.)**<br><br>**OBJECTIONS, IF ANY, DUE IN 14 DAYS** |

Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On June 12, 2017, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On July 10, 2018, the court issued an order revoking Plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the $400.00 filing fee for this case in full within thirty days. (ECF No. 11.) The thirty-day deadline has expired, and Plaintiff has not paid the filing fee or otherwise responded to the court's order. Therefore, IT IS HEREBY RECOMMENDED that:

  1. This case be dismissed, without prejudice, based on Plaintiff's failure to comply with the court's order issued on July 10, 2018; and

1

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **August 19, 2018**            **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE